**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION**

**MICHAEL RAY ALLEN, JR.**                                                    **PLAINTIFF**

**V.**                                    **CASE NO. 5:22-CV-5199**

**PATROL OFFICER PERKINS**                                      **DEFENDANT**

## JUDGMENT

For the reasons set forth in the Order filed this day, **IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiff's case is **DISMISSED WITH PREJUDICE** on summary judgment.

**IT IS SO ORDERED AND ADJUDGED** on this 11th day of January, 2024.

/s/ Timothy L. Brooks
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE